UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SHARON MEEHAN,

    Plaintiff,

    v.                               CA No. 19-cv-560-WES-PAS

QUICKEN LOANS, INC.

    Defendant.

**JUDGMENT**

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to this Court's Text Order entered on February 15, 2022, and in accordance with Fed. R. Civ. P. 58., judgment is entered as a matter of law against Sharon Meehan and in favor of Quicken Loans, Inc.

It is so ordered.

February 16, 2022                         By the Court:

                                              /s/ Hanorah Tyer-Witek.
                                                  Clerk of Court